NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER E. HARDING, III,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3091

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100064-I-1.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

## ORDER

Sylvester E. Harding, III moves for a stay and default judgment. The Department of Veterans Affairs moves for leave to file its brief out of time. Harding opposes.

Harding has not shown entitlement to the relief requested.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Harding's motion is denied.

(2) The motion for leave to file a brief out of time is granted.

FOR THE COURT

SEP 0 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sylvester E. Harding, III
Renee Gerber, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK